Jennifer F. Novak (SBN 183882)
Email: novak@jfnovaklaw.com
LAW OFFICE OF JENNIFER F. NOVAK
500 Silver Spur Road, Suite 206
Rancho Palos Verdes, California 90275
Telephone: (310) 693-0775
Facsimile: (310) 957-2624

Lauren Chase (Bar No. 324162)
Email: lauren@coastkeeper.org
ORANGE COUNTY COASTKEEPER
3151 Airway Avenue, Suite F-110
Costa Mesa, California 92626
Telephone: (714) 850-1965

*Attorneys for Plaintiff*
ORANGE COUNTY COASTKEEPER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORANGE COUNTY COASTKEEPER, a California non-profit corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>WARE DISPOSAL, INC., a California corporation, and BJW PROPERTIES, LLC, a California limited liability company;<br><br>    Defendants. | Civil Case No. 8:20-cv-01565-FLA-ADS<br><br>**NOTICE OF TENTATIVE SETTLEMENT** |

**PLEASE TAKE NOTICE** that the parties have reached a tentative settlement in this proceeding. Their agreement is reflected in the proposed Consent Decree attached to this notice as "Exhibit A," a copy of which is being sent to the United States Department of Justice ("DOJ") and the United States Environmental Protection Agency ("EPA") for a 45-day review period as required under Section 135.5 of Title 40 of the Code of Federal Regulations. Plaintiff will provide the Court with the written notice of commencement of the 45-day review period once Plaintiff receives that notice from DOJ. At the end of the 45-day review period, Plaintiff will notify the Court of any objections received from the reviewing agencies and will submit the proposed Consent Decree for consideration and approval by this Court.

Should the Court require any additional information, the undersigned will be pleased to provide it upon request

Dated:  June 28, 2021                 Respectfully submitted,

                                      ORANGE COUNTY COASTKEEPER

                                       /s/ Lauren D. Chase
                                      Lauren D. Chase
                                      Attorney for Plaintiff
                                      Orange County Coastkeeper